

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-19-00255-CR

KENAN GRIFFITH WHITE, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 320th District Court
Potter County, Texas
Trial Court No. 66,559-D, Honorable Pamela Cook Sirmon, Presiding

July 31, 2019

## MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Pursuant to a plea bargain agreement, appellant Kenan Griffith White was convicted of assault against a family member[1] and sentenced to ten years' confinement. The trial court's certification of appellant's right of appeal reflects that appellant's case is a plea-bargain case with no right of appeal and that appellant has waived the right of

---

[1] TEX. PENAL CODE ANN. § 22.01(b)(2)(B) (West 2019).

appeal.  TEX. R. APP. P. 25.2(a)(2), (d).  Notwithstanding the certification, appellant filed a notice of appeal, pro se, challenging his conviction.

We are required by Rule of Appellate Procedure 25.2(d) to dismiss an appeal "if a certification that shows the defendant has the right of appeal has not been made part of the record."  By letter dated July 16, 2019, we notified appellant of the consequences of the certification and invited him to file an amended certification showing a right of appeal or demonstrate other grounds for continuing the appeal.  Appellant filed a response but did not file an amended certification reflecting a right of appeal or establish grounds for continuing the appeal.[2]

Accordingly, the appeal is dismissed.  TEX. R. APP. P. 25.2(d).


Judy C. Parker
Justice


Do not publish.

---

[2] In his response, appellant indicates that he seeks to raise the issue of ineffective assistance of counsel on appeal.  Appellant may be entitled to relief by filing a post-conviction writ of habeas corpus pursuant to article 11.07 of the Code of Criminal Procedure.  *See Chavez v. State*, 139 S.W.3d 43, 60 (Tex. App.—Corpus Christi 2004), *aff'd*, 183 S.W.3d 675 (Tex. Crim. App. 2006) ("The proper vehicle for ineffectiveness and voluntariness issues is a collateral attack that permits the development of facts concerning the claims.").